UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLI JENKINS,

      Plaintiff,

v.                                                        CASE NO. 8:16-cv-0013-T-17AEP

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

      Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

      The parties stipulate and agree that this action is dismissed with prejudice, including all claims that were or could have been raised in this action. Each party shall bear its own costs and attorney's fees.

| | |
|---|---|
| KIMSEY LAW FIRM, P.A. | PETT FURMAN, PL |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 4012 Gunn Highway, Ste. 140 | 2101 N.W. Corporate Blvd., Ste. 316 |
| Tampa, FL 33618 | Boca Raton, FL 33431 |
| (813) 549-1001 | (561) 994-4311 |
| (813) 265-1752 fax | (561) 982-8985 fax |
| | |
| By:   s/Paul S. Kimsey | By:   s/Wendy L. Furman |
|     Paul S. Kimsey, Esq. |     Wendy L. Furman, Esq. |
|     Fla. Bar No. 0988472 |     Fla. Bar No. 0085146 |
|     pkimsey@kimseylaw.com |     wfurman@pettfurman.com |
| | |
| Dated: July 1, 2016 | Dated: July 1, 2016 |